# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2008

135640

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JARRON DONTI GEORGE,
      Defendant-Appellant.

SC: 135640
COA: 271892
Oakland CC: 2005-205374-FC

_____/

     On order of the Court, the application for leave to appeal the November 20, 2007 judgment of the Court of Appeals is considered, and pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals for the reasons stated in the Court of Appeals dissenting opinion, and we REMAND this case to the Oakland Circuit Court for a new trial.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2008

s0514

_____
Clerk